UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARILYNN SUE BENSON and RANDY M. BENSON, wife and husband, and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a foreign profit corporation,<br><br>Defendant. | No. 2:18-cv-01244-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS |

## I. STIPULATION

The parties, by and through their respective counsel, hereby stipulate that all claims may be dismissed with prejudice and without fees or costs, and that the Order below dismissing those claims may be entered.

Dated this ___ day of _____, 2019

FORSBERG & UMLAUF, P.S.

By _____
Roy A. Umlauf, WSBA #15437
Natalie A. Heineman, WSBA #50157
Attorneys for Defendant Target Corporation

Dated this ___ day of _____, 2019

ROBINSON & KOLE, P.S., INC.

By:_____
Nathan T. Dwyer, WSBA #34006
Attorney for Plaintiffs Marilynn and Randy Benson

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS – PAGE 1
CAUSE NO.: 2:18-cv-01244-RSM

2353536 / 1523.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## ORDER

THIS MATTER having come on before the above-entitled court on the above stipulation of the parties through their counsel of record, now, therefore, it is hereby ORDERED that all claims herein be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this 21ST day of May 2019.

                                       RICARDO S. MARTINEZ
                                       CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

FORSBERG & UMLAUF, P.S.

By:_____
    Roy A. Umlauf, WSBA #15437
    Natalie A. Heineman, WSBA #50157
    Attorneys for Defendant Target Corporation


Copy Received, Approved for Entry,
Notice of Presentation Waived:

ROBINSON & KOLE, P.S., INC.

By:_____
    Nathan T. Dwyer, WSBA #34006
    Attorney for Plaintiffs Marilynn and
    Randy Benson

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL
CLAIMS – PAGE 2
CAUSE NO.: 2:18-cv-01244-RSM

2353536 / 1523.0096

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX